438 A.2d 628

Commonwealth v. Mitchell, Appellant.
Petition for Allowance of Appeal Denied Dec. 22, 1981.

Submitted March 10, 1981.   Christopher G. Furlong, for appellant;  Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Order affirmed.

438 A.2d 628

Commonwealth v. Myers, Appellant.
Petition for Allowance of Appeal Denied Jan. 18, 1982.

Submitted December 5, 1980.   Gary S. Fronheiser, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.